**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC.,<br>HYNIX SEMICONDUCTOR AMERICA INC.,<br>ELPIDA MEMORY, INC. and<br>ELPIDA MEMORY (USA) INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 10-1066-SLR-MPT<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF FILING OF RECOGNITION PETITION AND STAY IN THE
U.S. BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

PLEASE TAKE NOTICE of the attached Notice Of Filing And Hearing On Petition

Under Chapter 15 Of The United States Bankruptcy Code And Issuance Of Provisional Relief

(Ex. A, hereto).

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

George E. Badenoch
Richard M. Rosati
Thomas R. Makin
Christopher M. Scott
KENYON & KENYON LLP
One Broadway
New York, NY 10004-1007
Tel: (212) 425-7200

Dated: March 22, 2012
1052339 / 36354

By: /s/ Richard L. Horwitz
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Elpida Memory, Inc.
and Elpida Memory (USA) Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 22, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 22, 2012, the attached document was Electronically Mailed to the following person(s):

Joseph J. Farnan, III
Brian E. Farnan
Farnan LLP
919 North Market Street, 12th Floor
Wilmington, DE 19899
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com
*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLP*

Brian Chang
Jared Bobrow
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
brian.chang@weil.com
jared.bobrow@weil.com
*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLP*

Danielle Rosenthal
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
danielle.rosenthal@weil.com
*Attorneys for Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLP*

Jack B. Blumenfeld
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

Kevin P.B. Johnson
Ray Zado
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Drive, 5th Fl.
Redwood Shores, CA 94065
kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

Joseph Milowic III
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010
josephmilowic@quinnemanuel.com
*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

Sean S. Pak
Quinn Emanuel Urquhart & Sullivan LLP
50 California Street, 22nd Fl.
San Francisco, CA  94111
seanpak@quinnemanuel.com
*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

Harold H. Davis, Jr.
E. Howard Chen
Michael J. Bettinger
K&L Gates LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
Harold.davis@klgates.com
Howard.chen@klgates.com
Mike.bettinger@klgates.com
*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

By:     */s/ Richard L. Horwitz*
          Richard L. Horwitz
          David E. Moore
          POTTER ANDERSON & CORROON LLP
          Tel:  (302) 984-6000
          rhorwitz@potteranderson.com
          dmoore@potteranderson.com

994363 / 36354

2