## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br>HYNIX SEMICONDUCTOR INC., et al.,<br><br>    Defendants. | C.A. No. 10-cv-1066-SLR-MPT<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 20, 2012, a copy of: (i) Plaintiffs' Responses and Objections to Hynix's First Set of Authentication Requests for Admission [Nos. 1 - 640]; (ii) Plaintiffs' Responses and Objections to Hynix's First Set of Requests for Admission [Nos. 1-49]; (iii) Plaintiffs' Second Supplemental Response and Objections to Defendants' Second Set of Common Interrogatories [Nos. 9, 10 and 13]; (iv) Plaintiffs' Second Supplemental Responses and Objections to Defendants' Common Interrogatory Nos. 14-15; (v) Plaintiffs' Responses and Objections to Defendants' Fourth Set of Common Interrogatories [Nos. 16-20]; and (vi) Plaintiffs' Responses and Objections to Hynix's First Set of Interrogatories [Nos. 1-10] was served on the following as indicated:

<u>Via Hand Delivery and Email</u>
Jack B. Blumenfeld
Morris, Nichols, Arsht &Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com

*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

<u>Via Email</u>
Kevin P.B. Johnson
Ray Zado
Sean Pak
Joseph Milowic III
Quinn Emanuel Urquhart & Sullivan LLP
kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
seanpak@quinnemanuel.com
josephmilowic@quinnemanuel.com

*Attorneys for Defendants Hynix*

Semiconductor Inc. and Hynix Semiconductor America Inc.

Via Email
George Badenoch
Richard M. Rosati
Thomas R. Makin
Christopher M. Scott
Kenyon & Kenyon LLP
gbadenoch@kenyon.com
rrosati@kenyon.com
tmakin@kenyon.com
cscott@kenyon.com

*Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.*

Via Hand Delivery and Email
Richard L. Horwitz
David E.Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc.*

Date: April 20, 2012

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

Jared Bobrow (admitted *pro hac vice*)
John Beynon (admitted *pro hac vice*)
J. Jason Lang (admitted *pro hac vice*)
Brian Chang (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Fax: (650) 802-3100

Timothy E. DeMasi (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue

New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007