IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., ELPIDA MEMORY, INC. and ELIPDA MEMORY (USA) INC.,<br><br>Defendants. | C.A. No. 10-1066 (SLR-MPT) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV"), and Defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively, "Elpida"), having settled their dispute in this action by entering into a patent license agreement, hereby agree to dismiss without prejudice all claims asserted between IV and Elpida in this action. Each side shall bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| FARNAN LLP | POTTER ANDERSON & CORROON LLP |
| /s/ Brian E. Farnan | /s/ Richard L. Horwitz |
| Joseph J. Farnan, III (#3945) | Richard L. Horwitz (#2246) |
| Brian E. Farnan (#4089) | David E. Moore (#3983) |
| 919 North Market Street – 12th Floor | Hercules Plaza, 6th Floor |
| Wilmington, DE 19801 | 1313 N. Market Street |
| (302) 777-0300 | Wilmington, DE 19801 |
| jjfarnan@farnanlaw.com | (302) 984-6000 |
| bfarnan@farnanlaw.com | rhorwitz@potteranderson.com |
| | doore@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Elpida Memory, Inc. and Elpida Memory (USA) Inc.* |

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Sue L. Robinson