IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Plaintiffs,<br><br>v.<br><br>HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., ELPIDA MEMORY, INC. and ELIPDA MEMORY (USA) INC.,<br><br>Defendants. | C.A. No. 10-1066 (SLR-MPT) |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "IV"), and Defendants Hynix Semiconductor Inc.[1] and Hynix Semiconductor America Inc. (collectively, "Hynix"), having settled their dispute in this action by entering into a patent license agreement, hereby agree to dismiss without prejudice all claims asserted between IV and Hynix in this action. Each side shall bear its own costs, expenses and attorneys' fees.

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, III (#3945)
Brian E. Farnan (#4089)
919 North Market Street – 12th Floor
Wilmington, DE 19801
(302) 777-0300
jjfarnan@farnanlaw.com
bfarnan@farnanlaw.com

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com

*Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.*

---

[1] The company's corporate headquarters are now referred to as SK Hynix, Inc.

SO ORDERED this _____ day of _____, 2012.

_____
The Honorable Sue L. Robinson